IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PHAME FACTORY LLC, § § | |
| Plaintiff, § § | |
| V. § § | CIV. ACTION NO. 1:18-CV-621-RP |
| SONY PICTURES § ENTERTAINMENT INC., § § | |
| Defendant. § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Defendant Sony Pictures Entertainment Inc. hereby provides the following information pursuant to Federal Rule of Civil Procedure 7.1:

Sony Pictures Entertainment Inc. is an indirect, wholly-owned subsidiary of Sony Corporation of America, which is an indirect, wholly-owned subsidiary of Sony Corporation, a publicly traded company.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  (512) 685-6400
Telecopier:  (512) 685-6417

By:    */s/ Kevin W. Brown*
       Kevin W. Brown
       Texas State Bar No. 24045222
       Kevin.brown@wallerlaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on this 24th day of October 2018 by filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Raymond M. Galasso
5136 China Garden Dr.
Austin, Texas 78730
Phone: (512) 413-2601
cap10pat10@aol.com

                                                        /s/ Kevin W. Brown
                                                        Kevin W. Brown