### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| PHAME FACTORY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CIV. ACTION NO. 1:18-CV-621-RP |
| SONY PICTURES | § | |
| ENTERTAINMENT, INC., | § | |
| | § | |
| Defendant. | § | |

### JOINT STATUS REPORT

Plaintiff Phame Factory LLC and Defendant Sony Pictures Entertainment Inc. (collectively, the "Parties") hereby file this "Joint Status Report," and show the Court the following:

On December 6, 2018, the Court granted the Parties' "Joint Motion to Extend Scheduling Order Deadlines" (the "Motion"). In the Motion, the Parties advised the Court that they requested the extension to continue settlement discussions that could resolve this lawsuit. Since that time, the Parties have reached a conceptual agreement to settle all of their claims, and they are currently preparing written documentation to memorialize the same. The Parties anticipate that, once that agreement is finalized and executed (which is contemplated to occur on or before January 31, 2019), they will file an agreed motion and proposed order to dismiss the lawsuit with prejudice.

WHEREFORE, the Parties jointly request that the Court stay the existing scheduling order submission deadline and permit them until February 15, 2019 to file an agreed motion and proposed order dismissing the lawsuit.

025235-86796/4850-2949-4405.1

Respectfully submitted,


By:     */s/ Raymond M. Galasso*

        Raymond M. Galasso
        Texas State Bar No. 24026663
        Cap10pat10@aol.com
        5136 China Garden Dr.
        Austin, Texas  78730
        Telephone: (512) 413-2601

ATTORNEYS FOR PLAINTIFF

WALLER LANSDEN DORTCH & DAVIS, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  (512) 685-6400
Telecopier:  (512) 685-6417


By:     */s/ Kevin Brown*

        Kevin W. Brown
        Texas State Bar No. 24045222
        Kevin.brown@wallerlaw.com

ATTORNEYS FOR DEFENDANT

025235-86796/4850-2949-4405.1

2